# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GOHARIK YEGHIAZARYAN, Plaintiff, v. HYUNDAI MOTOR AMERICA, INC., Defendant. | CV 20-10590 DSF (PLAx) <br><br> JUDGMENT |
|---|---|

The Court having granted a motion to dismiss with leave to amend and Plaintiff having failed to file an amended complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 5, 2021

Dale S. Fischer
United States District Judge